UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62058-BB

LAWANDA JOHNSON,

   Plaintiff,

vs.

CAPITAL ONE SERVICES, LLC

   Defendant.

_____/

JURY TRIAL DEMANDED

## NOTICE OF SETTLEMENT

 Plaintiff, LAWANDA JOHNSON, and Defendant, CAPITAL ONE BANK, N.A. by and through the undersigned counsel, pursuant to Southern District of Florida Local Rule 16.4 hereby notify this Court that on October 21, 2019, the parties reached an agreement to settle the entire case.

THIS NOTICE IS JOINTLY SUBMITTED BY:

/s/ *Gregory Light*
_____
Gregory Light, Esq.
LIGHT & GONZALEZ, PLLC
8751 W. Broward Blvd. #209
Plantation, FL 33324
Attorney for Lawanda Johnson

/s/ *Daniel JT. McKenna*
_____
Daniel JT, McKenna, Esq.
Attorney for Capital One Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Southern District of Florida/ECF, an electronic filing system on October 21, 2019, on all counsel or parties of record on the Service List below.

/s/ Gregory Light_____
**GREGORY LIGHT, ESQ.**
Florida Bar No.: 120907

## SERVICE LIST

| | |
|---|---|
| Jenny N. Perkins, Esq.<br>Daniel JT McKenna, Esq.<br>Ballard Spahr, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>perkinsj@ballardspahr.com<br>mckennad@ballardspahr.com<br>Telephone: (215) 864-8378<br>*Attorneys For Capital One Bank, N.A.* | |